UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELVIN SUCHITE-MENDEZ ,

                    Petitioner,

     v.

MARKWAYNE MULLIN et al.,

                    Respondents.

CASE NO. 2:26-cv-01691-DGE

ORDER DENYING MOTION FOR
TEMPORARY RESTRAINING
ORDER (DKT. NO. 2)

      Before the Court is Petitioner's motion for a temporary restraining order.  (Dkt. No. 2.) Petitioner seeks an order prohibiting Respondents from transferring him outside the Western District of Washington while this habeas proceeding remains pending.  (*Id.* at 2.)  The Court's scheduling order (Dkt. No. 4) orders Respondents to provide Petitioner and Petitioner's counsel at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer Petitioner from the Western District of Washington or to remove her from the United States.  Accordingly, the Court DENIES Petitioner's motion for a TRO (Dkt. No. 2) as MOOT and reaffirms Respondents must provide

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 1

notice as directed in the Court's scheduling order (Dkt. No. 4) prior to moving or transferring Petitioner from this District.[1]

Dated this 19th day of May, 2026.

David G. Estudillo
United States District Judge

---

[1] Petitioner filed a separate habeas petition pro se. *See Suchite Mendez v. ICE Field Office Director*, Case No. 2:26-cv-01651-DGE. In that case, the Court has contemporaneously issued an order directing Petitioner to show cause why that case should not be dismissed as duplicative of this action.

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 2